

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF SAN BERNARDINO**
San Bernardino District
247 West 3rd St
San Bernardino CA  92415
www.sb-court.org
909-708-8678

| Shropshire et al -v- American Security Insurance Company et al | |
| --- | --- |
| **NOTICE OF TRIAL SETTING CONFERENCE and NOTICE OF CASE ASSIGNMENT** | Case Number |
| | CIVSB2102687 |

Shaver Legal APC
4473 Main Street
Riverside CA  92501

This case has been assigned to:  Bryan Foster in Department S22 - SBJC for all purposes.

Notice is hereby given that the above-entitled case has been set for Trial Setting Conference on:

Hearing Date:  07/15/2021  at 9:00 AM in Department S22 - SBJC

Date:  2/25/2021

Nancy CS Eberhardt, Court Executive Officer

By: _____
Gloria Portillo, Deputy Clerk

------------------------------------------------------------------------------------------

## CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San Bernardino at the above-listed address.  I am not a party to this action and on the date and place shown below, I served a copy of the above-listed notice by:

☒  Enclosed in a sealed envelope mailed to the interested party addressed above for collection and mailing this date, following standard Court practices.  ·

☐  Enclosed in a sealed envelope, first class postage prepaid in the U.S. mail at the location shown above, mailed to the interested party and addressed as shown above or as shown on the attached listing.

☐  A copy of this notice was given to the filing party at the counter.

☐  A copy of this notice was placed in the bin located at this office and identified as the location for the above law firm's collection of file-stamped documents.

Date of Mailing:  2/25/2021

I declare under penalty of perjury that the forgoing is true and correct.  Executed on 2/25/2021 at San Bernardino, CA.

By: _____
Gloria Portillo, Deputy Clerk